IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMMY SMITH, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 3:16-CV-1333-NJR-SCW |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated May 30, 2017 (Doc. 21), this action is **DISMISSED with prejudice**.

DATED: May 30, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/Deana Brinkley
    Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
United States District Judge